# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>        Defendants. | 1:12-cv-01607-BAM (PC)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM AND FAILURE TO OBEY A COURT ORDER |

      Plaintiff Paul Montanez ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on October 1, 2012. Plaintiff consented to the jurisdiction of the Magistrate Judge.

      On November 8, 2013, the Court dismissed Plaintiff's complaint with leave to file a first amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). Plaintiff was warned that if he failed to file a first amended complaint in compliance with the order, this action would be dismissed with prejudice for failure to state a claim. (ECF No. 6, p. 8.)

      The deadline for Plaintiff to file his first amended complaint has passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED with prejudice based on Plaintiff's failure to state any claims upon which relief may be granted and for failure to obey a court order.

IT IS SO ORDERED.

Dated: **December 19, 2013**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

2